

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2019

No. 04-19-00500-CV

**ESTATE OF BRADLEY KEITH JOHNSON,**

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 2017PC0180
The Honorable Veronica Vasquez, Judge Presiding

# O R D E R

On June 20, 2019, the trial court signed a final judgment granting a motion to dismiss under the Texas Citizens' Participation Act. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 27.003. Appellant's notice of appeal was due on July 10, 2019. *See* TEX. R. APP. P. 26.1(b). A motion for extension of time to file a notice of appeal was due not later than July 25, 2019. *See id.* R. 26.3.

On July 22, 2019, Appellant filed a notice of appeal in the trial court, and on July 23, 2019, Appellant filed a motion for extension of time to file a notice of appeal in this court. *See id. See generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). As required, Appellant offered a reasonable explanation for failing to timely file the notice of appeal. *See* TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

Appellant's motion for extension of time to file the notice of appeal is GRANTED. Appellant's notice of appeal is deemed timely filed.

Appellees' motion to dismiss this appeal is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court